# **ADDENDUM**

**I(a) – Parties to the Case:**

**Plaintiffs:**

1. John Jensen
2. Jeremy Neusch
3. David Lynn Smith
4. Hot Shots Custom LLC
5. Texas State Rifle Association
6. FPC Action Foundation
7. Citizens Committee For The Right To Keep And Bear Arms

**Defendants:**

1. Bureau of Alcohol, Tobacco, Firearms and Explosives
2. United States Department of Justice
3. Pamela J. Bondi, in her official capacity as Attorney General of the United States
4. Daniel P. Driscoll, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

**I(c) – Plaintiffs' Attorneys:**

R. Brent Cooper
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500

David H. Thompson
Peter A. Patterson
Nicholas A. Varone
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600