# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | | |
|---|---|---|
| **JOHN JENSEN; et al.,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | Civil Action No. <u>2:25-cv-00223-Z</u> |
| | § | |
| **BUREAU OF ALCOHOL, TOBACCO,** | § | |
| **FIREARMS AND EXPLOSIVES; et al.,** | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530**
on **Monday, October 27, 2025**, by delivering to the within named:

### PAMELA J. BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES

By delivering to the **ATTORNEY GENERAL OF THE UNITED STATES,** by Certified Mail Return Receipt Requested, tracking number **9414 8118 9876 5470 3099 30,** a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt, accepted by an **Authorized Agent** of the **ATTORNEY GENERAL OF THE UNITED STATES**, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 27, 2025

**By:** _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**

 **UNITED STATES**
**POSTAL SERVICE**

October 27, 2025

Dear Reference 2860225:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3099 30**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 27, 2025, 11:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTORNEY GENERAL OF THE UNITED STATES PAMELA J |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


endicia

063S0010282493

$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 8

11923275

USPS CERTIFIED MAIL

9414 8118 9876 5470 3099 30

PAMELA J. BONDI, IN HER OFFICIAL CAPACITY AS AT
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

2860225

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Jensen et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Bureau Of Alcohol, Tobacco, Firearms And Explosives et al | ) |
| *Defendant* | ) |

Civil Action No. 2:25-cv-00223-Z

### Summons in a Civil Action

**TO:** Pamela J Bondi, In her official capacity as Attorney General of the United States

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    R Cooper
    900 Jackson Street, Suite 100
    Dallas , TX 75202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  10/10/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____    _____
                                                            Server's signature

RETURN / AFFIDAVIT    _____
PROOF / ATTACHED                Printed name and title

_____
                                                            Server's address

Additional information regarding attempted service, etc:



Tracking Number:

## 9414811898765470309930

Copy     Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 11:03 am
on October 27, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530
October 27, 2025, 11:03 am

Redelivery Scheduled for Next
Business Day

WASHINGTON, DC 20530
October 23, 2025, 11:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 6:45 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination
Facility

WASHINGTON DC DISTRIBUTION
CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin
Facility

COPPELL TX DISTRIBUTION
CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS
Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:07 pm

Hide Tracking History

What Do USPS Tracking Statuses
Mean?

# UNITED STATES DISTRICT COURT

**for the**

## NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| **JOHN JENSEN; et al.,** §<br>§<br>§<br>**Plaintiff(s),** §<br>**v.** §<br>§<br>**BUREAU OF ALCOHOL, TOBACCO,** §<br>**FIREARMS AND EXPLOSIVES; et al.,** §<br>§<br>**Defendant(s).** § | **Civil Action No. 2:25-cv-00223-Z** |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530**
on **Friday, October 24, 2025**, by delivering to the within named:

### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

By delivering to the **ATTORNEY GENERAL OF THE UNITED STATES,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5470 3098 17, a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Friday, October 24, 2025

**By:**

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
**served@specialdelivery.com**

 **UNITED STATES POSTAL SERVICE**

October 24, 2025

Dear Reference 2860249:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3098 17**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 24, 2025, 4:48 am |
| **Location:** | WASHINGTON, DC 20226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTORNEY GENERAL OF THE UNITED STATES BUREAU OF |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia



063S0010282493

$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6
11923275

USPS CERTIFIED MAIL

9414 8118 9876 5470 3098 17

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOS
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

2860249

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms And Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Bureau of Alcohol, Tobacco, Firearms and Explosives

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE:  10/10/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED

Tracking Number:

## 9414811898765470309817

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:48 am on October 24, 2025 in WASHINGTON, DC 20226.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20226
October 24, 2025, 4:48 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20226
October 23, 2025, 11:22 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 9:08 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 4:59 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

# UNITED STATES DISTRICT COURT
**for the**
### NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | | |
|---|---|---|
| **JOHN JENSEN; et al.,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **v.** | § | **Civil Action No. 2:25-cv-00223-Z** |
| | § | |
| **BUREAU OF ALCOHOL, TOBACCO,** | § | |
| **FIREARMS AND EXPLOSIVES; et al.,** | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530**
on **Monday, October 27, 2025**, by delivering to the within named:

### UNITED STATES DEPARTMENT OF JUSTICE

By delivering to the **ATTORNEY GENERAL OF THE UNITED STATES,** by Certified Mail Return
Receipt Requested, tracking number **9414 8118 9876 5470 3688 83,** a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt, accepted by an **Authorized Agent** of the **ATTORNEY GENERAL OF THE UNITED STATES**, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 27, 2025

By: _____
    **Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**

 **UNITED STATES**
**POSTAL SERVICE**

October 27, 2025

Dear Reference  2860277:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3688 83**.

## Item Details

**Status:**                    Delivered, Individual Picked Up at Post Office
**Status Date / Time:**        October 27, 2025, 11:03 am
**Location:**                  WASHINGTON, DC 20530
**Postal Product:**            First-Class Mail®
**Extra Services:**            Certified Mail™
                               Return Receipt Electronic

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


endicia

$11.68 US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 8

11923275

063S0010937441

USPS CERTIFIED MAIL

9414 8118 9876 5470 3688 83

UNITED STATES DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

2860277

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Texas

| | |
|---|---|
| Jensen et al | ) |
| _Plaintiff_ | ) |
| v. | )   Civil Action No. 2:25-cv-00223-Z |
| | ) |
| Bureau Of Alcohol, Tobacco, Firearms And Explosives et al | ) |
| _Defendant_ | ) |

## Summons in a Civil Action

**TO:** United States Department Of Justice

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  10/10/2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

   ☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

   ☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

   ☐  I served the summons on *(name of individual)* _____, who is designated

by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

   ☐  I returned the summons unexecuted because _____; or

   ☐  other *(specify)* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED

Tracking Number:

# 9414811898765470368883

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 11:03 am on October 27, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530
October 27, 2025, 11:03 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20530
October 23, 2025, 11:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 6:44 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:20 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:05 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 2:43 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | | |
|---|---|---|
| **JOHN JENSEN; et al.,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | **Civil Action No. 2:25-cv-00223-Z** |
| | § | |
| **BUREAU OF ALCOHOL, TOBACCO,** | § | |
| **FIREARMS AND EXPLOSIVES; et al.,** | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530**
on **Monday, October 27, 2025**, by delivering to the within named:

### DANIEL P. DRISCOLL, in his official capacity as
### acting director of the bureau of Alcohol, Tobacco, Firearms and Explosives

By delivering to the **ATTORNEY GENERAL OF THE UNITED STATES,** by Certified Mail Return
Receipt Requested, tracking number **9414 8118 9876 5470 3673 74,** a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt, accepted by an **Authorized Agent** of the **ATTORNEY GENERAL OF THE
UNITED STATES**, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of
Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am
not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never
been convicted of a felony or of a misdemeanor involving moral turpitude.

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway,
Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury
that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 27, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**

 **UNITED STATES**
**POSTAL SERVICE**

October 27, 2025

Dear Reference 2860268:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3673 74**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 27, 2025, 11:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTORNEY GENERAL OF THE UNITED STATES DANIEL P |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia

$11.68 US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6
11923275

063S0011718299

USPS CERTIFIED MAIL

9414 8118 9876 5470 3673 74

DANIEL P. DRISCOLL, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

2860268

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Jensen et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-cv-00223-Z |
| | ) |
| Bureau Of Alcohol, Tobacco, Firearms And Explosives et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** Daniel P Driscoll, In his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  10/10/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              Server's signature

                                                              _____
                                                              Printed name and title

                                                              _____
                                                              Server's address

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED

Tracking Number:

# 9414811898765470367374

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 11:03 am on October 27, 2025 in WASHINGTON, DC 20530.

_____

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530
October 27, 2025, 11:03 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20530
October 23, 2025, 11:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 6:44 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:52 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:37 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 2:57 pm

**Hide Tracking History**

## UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | | |
|---|---|---|
| **JOHN JENSEN; et al.,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | **Civil Action No. 2:25-cv-00223-Z** |
| | § | |
| **BUREAU OF ALCOHOL, TOBACCO,** | § | |
| **FIREARMS AND EXPLOSIVES; et al.,** | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530**
on **Monday, October 27, 2025**, by delivering to the within named:

### PAMELA J. BONDI, in her official capacity as
### ATTORNEY GENERAL OF THE UNITED STATES

by Certified Mail Return Receipt Requested, tracking number **9414 8118 9876 5470 3091 14,**
a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt, accepted by **Authorized Agent** of the **ATTORNEY GENERAL OF THE
UNITED STATES**, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 27, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**


**UNITED STATES**
**POSTAL SERVICE**

October 27, 2025

Dear Reference  2860208:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3091 14**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 27, 2025, 11:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PAMELA J  BONDI IN HER OFFICIAL CAPACITY AS AT |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia



$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6
11923275

063S0011718298

USPS CERTIFIED MAIL

9414 8118 9876 5470 3091 14

PAMELA J. BONDI, IN HER OFFICIAL CAPACITY AS AT
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

2860208

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms | ) | |
| And Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Pamela J Bondi, In her official capacity as Attorney General of the United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/10/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

RETURN / AFFIDAVIT
PROOF / ATTACHED

Additional information regarding attempted service, etc:

Tracking Number:

# 9414811898765470309114

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 11:03 am on October 27, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530
October 27, 2025, 11:03 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20530
October 23, 2025, 11:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 6:45 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:09 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

# UNITED STATES DISTRICT COURT

**for the**

## NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| JOHN JENSEN; et al., § | |
| § | |
| § | |
| **Plaintiff(s),** § | |
| v. § | Civil Action No. **2:25-cv-00223-Z** |
| § | |
| **BUREAU OF ALCOHOL, TOBACCO,** § | |
| **FIREARMS AND EXPLOSIVES; et al.,** § | |
| § | |
| **Defendant(s).** § | |

# RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **99 NEW YORK AVENUE NE, WASHINGTON, DC 20226**
on **Friday, October 24, 2025,** by delivering to the within named:

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

By delivering by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5470 3097 94, a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Friday, October 24, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
served@specialdelivery.com

 UNITED STATES
POSTAL SERVICE

October 24, 2025

Dear Reference 2860236:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3097 94**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 24, 2025, 4:48 am |
| **Location:** | WASHINGTON, DC 20226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOS |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia



**$11.68  US POSTAGE**
**FIRST-CLASS IMI**
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6
11923275

063S0011718299

**USPS CERTIFIED MAIL**

9414 8118 9876 5470 3097 94

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOS
99 NEW YORK AVENUE NE
WASHINGTON DC 20226

2860236

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Jensen et al<br>*Plaintiff*<br>v.<br><br>Bureau Of Alcohol, Tobacco, Firearms<br>And Explosives et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:25-cv-00223-Z |

## Summons in a Civil Action

**TO:** Bureau of Alcohol, Tobacco, Firearms and Explosives

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/10/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Tracking Number:

# 9414811898765470309794

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:48 am on October 24, 2025 in WASHINGTON, DC 20226.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20226
October 24, 2025, 4:48 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20226
October 23, 2025, 11:22 am

Out for Delivery

WASHINGTON, DC 20002
October 23, 2025, 9:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 9:08 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:02 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| JOHN JENSEN; et al., | § |
| | § |
| | § |
| Plaintiff(s), | § |
| v. | § |
| | § |
| BUREAU OF ALCOHOL, TOBACCO, | § |
| FIREARMS AND EXPLOSIVES; et al., | § |
| Defendant(s). | § |

Civil Action No. **2:25-cv-00223-Z**

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530**
on **Monday, October 27, 2025**, by delivering to the within named:

### UNITED STATES DEPARTMENT OF JUSTICE

by Certified Mail Return Receipt Requested, tracking number **9414 8118 9876 5470 3685 62,** a true
copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt, accepted by an **Authorized Agent** of the **UNITED STATES DEPARTMENT OF JUSTICE**, is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 27, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**

 **UNITED STATES**
**POSTAL SERVICE**

October 27, 2025

Dear Reference  2860270:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3685 62**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 27, 2025, 11:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNITED STATES DEPARTMENT OF JUSTICE |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia



$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6
11923275

063S0010937440

USPS CERTIFIED MAIL

9414 8118 9876 5470 3685 62

UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

2860270

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

|  |  |  |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms | ) | |
| And Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Department Of Justice

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/10/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                           _____
                                                                        Server's signature

                                                                        _____
                                                                        Printed name and title

                                                                        _____
                                                                        Server's address

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT
PROOF / ATTACHED**

Tracking Number:

# 9414811898765470368562

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 11:03 am on October 27, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530
October 27, 2025, 11:03 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20530
October 23, 2025, 11:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 6:44 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:20 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:05 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 2:48 pm

Hide Tracking History

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN JENSEN; et al., | § | |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| v. | § | Civil Action No. 2:25-cv-00223-Z |
| | § | |
| BUREAU OF ALCOHOL, TOBACCO, | § | |
| FIREARMS AND EXPLOSIVES; et al., | § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 9:00 AM,**
Executed at: **99 NEW YORK AVENUE NE, WASHINGTON, DC 20226**
on **Friday, October 24, 2025**, by delivering to the within named:

### DANIEL P. DRISCOLL, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIV

by Certified Mail Return Receipt Requested, tracking number 9414811898765470386511 a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Friday, October 24, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
**served@specialdelivery.com**

 **UNITED STATES**
**POSTAL SERVICE**

October 24, 2025

Dear Reference  2860255:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3865 11**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 24, 2025, 4:48 am |
| **Location:** | WASHINGTON, DC 20226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | DANIEL P  DRISCOLL IN HIS OFFICIAL CAPACITY AS |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia

$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6

11923275

063S0010282495



USPS CERTIFIED MAIL

9414 8118 9876 5470 3865 11

DANIEL P. DRISCOLL, IN HIS OFFICIAL CAPACITY AS
99 NEW YORK AVENUE NE
WASHINGTON DC 20226



2860255

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms | ) | |
| And Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Daniel P Driscoll, In his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/10/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is designated

by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  other *(specify)* _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**

Tracking Number:

# 9414811898765470386511

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:48 am on October 24, 2025 in WASHINGTON, DC 20226.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20226
October 24, 2025, 4:48 am

Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20226
October 23, 2025, 11:22 am

Out for Delivery

WASHINGTON, DC 20002
October 23, 2025, 9:19 am

Arrived at Post Office

WASHINGTON, DC 20018
October 23, 2025, 9:08 am

In Transit to Next Facility

October 22, 2025

Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
October 19, 2025, 3:36 pm

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 4:44 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN JENSEN; et al., | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | Civil Action No. **2:25-cv-00223-Z** |
| | § | |
| **BUREAU OF ALCOHOL, TOBACCO,** | § | |
| **FIREARMS AND EXPLOSIVES; et al.,** | § | |
| | § | |
| **Defendant(s).** | § | |

# RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 10:00 AM,**
Executed at: **500 S. TAYLOR STREET, LOBBY BOX 238, AMARILLO, TX 79101**
on **Friday, October 17, 2025**, by delivering to the within named:

## PAMELA J. BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES

By delivering to the **UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5470 3093 36, a true copy of this

## SUMMONS IN A CIVIL ACTION and COMPLAINT
## FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 20, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
**served@specialdelivery.com**


**UNITED STATES
POSTAL SERVICE**

October 18, 2025

Dear Reference 2860216:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3093 36**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 17, 2025, 12:51 pm |
| **Location:** | AMARILLO, TX 79101 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | J D aw |
| Address of Recipient: | 500 S TAYLOR ST UNIT 238, AMARILLO, TX 79101 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia

$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

063S0010937441

USPS CERTIFIED MAIL



9414 8118 9876 5470 3093 36

PAMELA J. BONDI, IN HER OFFICIAL CAPACITY AS AT
UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC
500 S. TAYLOR STREET, LOBBY BOX 238
AMARILLO TX 79101

2860216

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### Northern District of Texas

| | |
|---|---|
| Jensen et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-cv-00223-Z |
| | ) |
| Bureau Of Alcohol, Tobacco, Firearms And Explosives et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** Pamela J Bondi, In her official capacity as Attorney General of the United States

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/10/2025

Case 2:25-cv-00223-Z  Document 6  Filed 10/10/25  Page 4 of 24  PageID 60

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is designated

by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  other *(specify)* _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Tracking Number:

# 9414811898765470309336

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:51 pm on October 17, 2025 in AMARILLO, TX 79101.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

AMARILLO, TX 79101
October 17, 2025, 12:51 pm

Out for Delivery

AMARILLO, TX 79101
October 17, 2025, 6:51 am

Arrived at Post Office

AMARILLO, TX 79120
October 17, 2025, 6:40 am

Arrived at USPS Regional Destination Facility

AMARILLO TX DISTRIBUTION CENTER
October 16, 2025, 6:38 pm

In Transit to Next Facility

October 16, 2025

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:13 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| JOHN JENSEN; et al., | § |
| | § |
| | § |
| **Plaintiff(s),** | § |
| **v.** | § |
| | § |
| **BUREAU OF ALCOHOL, TOBACCO,** | § |
| **FIREARMS AND EXPLOSIVES; et al.,** | § |
| | § |
| **Defendant(s).** | § |

Civil Action No. **2:25-cv-00223-Z**

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 10:00 AM,**
Executed at: **500 S. TAYLOR STREET, LOBBY BOX 238, AMARILLO, TX 79101**
on **Friday, October 17, 2025**, by delivering to the within named:

### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

By delivering to the **UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5470 3090 91, a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 20, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
served@specialdelivery.com

 **UNITED STATES**
**POSTAL SERVICE**

October 18, 2025

Dear Reference 2860242:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3090 91**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 17, 2025, 12:51 pm |
| **Location:** | AMARILLO, TX 79101 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC |

| Recipient Signature | |
|---|---|

Signature of Recipient:     J D
                           a w

                           **500 S TAYLOR ST UNIT 238,**
                           **AMARILLO, TX 79101**
Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia

$11.68   US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4

11923275

063S0010937442

USPS CERTIFIED MAIL

9414 8118 9876 5470 3090 91

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOS
UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC
500 S. TAYLOR STREET, LOBBY BOX 238
AMARILLO DC 79101



2860242

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms And | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Bureau of Alcohol, Tobacco, Firearms and Explosives

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 10/10/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

   ☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

   ☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

   ☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

   ☐  I returned the summons unexecuted because _____; or

   ☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Tracking Number:

# 9414811898765470309091

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:51 pm on October 17, 2025 in AMARILLO, TX 79101.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

Delivered, Front Desk/Reception/Mail Room

AMARILLO, TX 79101
October 17, 2025, 12:51 pm

Out for Delivery

AMARILLO, TX 79101
October 17, 2025, 6:51 am

Arrived at Post Office

AMARILLO, TX 79120
October 17, 2025, 6:40 am

Arrived at USPS Regional Destination Facility

AMARILLO TX DISTRIBUTION CENTER
October 16, 2025, 6:38 pm

In Transit to Next Facility

October 16, 2025

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:15 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

# UNITED STATES DISTRICT COURT
**for the**
## NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| **JOHN JENSEN; et al.,** § | |
| § | |
| § | |
| **Plaintiff(s),** § | |
| **v.** § | **Civil Action No. 2:25-cv-00223-Z** |
| § | |
| **BUREAU OF ALCOHOL, TOBACCO,** § | |
| **FIREARMS AND EXPLOSIVES; et al.,** § | |
| § | |
| **Defendant(s).** § | |

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 10:00 AM,**
Executed at: **500 S. TAYLOR STREET, LOBBY BOX 238, AMARILLO, TX 79101**
on **Friday, October 17, 2025**, by delivering to the within named:

### UNITED STATES DEPARTMENT OF JUSTICE

By delivering to the **UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5470 3032 04, a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 20, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
**served@specialdelivery.com**

 **UNITED STATES**
**POSTAL SERVICE**

October 18, 2025

Dear Reference  2860272:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3032 04**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 17, 2025, 12:51 pm |
| **Location:** | AMARILLO, TX 79101 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient:<br>(Authorized Agent) | JD<br>Cerr |
| Address of Recipient: | Sas mm |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia

$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

063S0010282495

USPS CERTIFIED MAIL

9414 8118 9876 5470 3032 04

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC
500 S. TAYLOR STREET, LOBBY BOX 238
AMARILLO TX 79101

2860272

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms And | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Department Of Justice

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas or to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/10/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ a person of suitable age and discretion who resides there,

on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated

by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Tracking Number:

## 9414811898765470303204

Copy    Add to Informed Delivery

### Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 12:51 pm on October 17, 2025 in AMARILLO, TX 79101.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered to Agent

Delivered to Agent, Front Desk/Reception/Mail Room

AMARILLO, TX 79101
October 17, 2025, 12:51 pm

Out for Delivery

AMARILLO, TX 79101
October 17, 2025, 6:51 am

Arrived at Post Office

AMARILLO, TX 79120
October 17, 2025, 6:40 am

Arrived at USPS Regional Destination Facility

AMARILLO TX DISTRIBUTION CENTER
October 16, 2025, 6:38 pm

In Transit to Next Facility

October 16, 2025

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:24 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

# UNITED STATES DISTRICT COURT
**for the**
## NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| **JOHN JENSEN; et al.,** | § |
| | § |
| | § |
| **Plaintiff(s),** | § |
| **v.** | § |
| | § |
| **BUREAU OF ALCOHOL, TOBACCO,** | § |
| **FIREARMS AND EXPLOSIVES; et al.,** | § |
| | § |
| **Defendant(s).** | § |

**Civil Action No. 2:25-cv-00223-Z**

## RETURN OF SERVICE

Came to hand on **Monday, October 13, 2025 at 10:00 AM,**
Executed at: **500 S. TAYLOR STREET, LOBBY BOX 238, AMARILLO, TX 79101**
on **Friday, October 17, 2025,** by delivering to the within named:

### DANIEL P. DRISCOLL, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIV

By delivering to the **UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS,** by Certified Mail Return Receipt Requested, tracking number 9414 8118 9876 5470 3095 10, a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT
### FOR DECLARATORY AND INJUNCTIVE RELIEF

The return receipt is attached to this form.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Jeremy Lee Wilson, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Monday, October 20, 2025

By: _____

**Jeremy Lee Wilson - PSC 12087 - Exp 06/30/27**
**served@specialdelivery.com**

 **UNITED STATES POSTAL SERVICE**

October 18, 2025

Dear Reference 2860263:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9876 5470 3095 10**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 17, 2025, 12:51 pm |
| **Location:** | AMARILLO, TX 79101 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC |

### Recipient Signature

Signature of Recipient:  J D  a h

Address of Recipient:  **500 S TAYLOR ST UNIT 238, AMARILLO, TX 79101**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Special Delivery Service, Inc.
Jeremy Wilson
5470 Lyndon B Johnson Fwy, Suite 100
Dallas TX 75240

endicia



063S0010937442

$11.68  US POSTAGE
FIRST-CLASS IMI
Oct 13 2025
Mailed from ZIP 75240
8 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275

USPS CERTIFIED MAIL

9414 8118 9876 5470 3095 10

DANIEL P. DRISCOLL, IN HIS OFFICIAL CAPACITY AS
UNITED STATES ATTORNEY FOR THE NORTHERN DISTRIC
500 S. TAYLOR STREET, LOBBY BOX 238
AMARILLO TX 79101

2860263

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Jensen et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00223-Z |
| | ) | |
| Bureau Of Alcohol, Tobacco, Firearms And Explosives et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Daniel P Driscoll, In his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 10/10/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-00223-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐   I returned the summons unexecuted because _____; or

☐   other (*specify*) _____

_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____

Server's signature

_____

Printed name and title

_____

Server's address

Additional information regarding attempted service, etc:

Tracking Number:

# 9414811898765470309510

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:51 pm on October 17, 2025 in AMARILLO, TX 79101.

---

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

Delivered, Front Desk/Reception/Mail Room

AMARILLO, TX 79101
October 17, 2025, 12:51 pm

Out for Delivery

AMARILLO, TX 79101
October 17, 2025, 6:51 am

Arrived at Post Office

AMARILLO, TX 79120
October 17, 2025, 6:40 am

Arrived at USPS Regional Destination Facility

AMARILLO TX DISTRIBUTION CENTER
October 16, 2025, 6:38 pm

In Transit to Next Facility

October 16, 2025

Arrived at USPS Regional Origin Facility

COPPELL TX DISTRIBUTION CENTER
October 15, 2025, 1:19 am

Accepted at USPS Origin Facility

DALLAS, TX 75240
October 15, 2025, 12:04 am

Shipping Label Created, USPS Awaiting Item

DALLAS, TX 75240
October 13, 2025, 5:19 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**