IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOHN JENSEN, *et al.*,

    Plaintiffs,

v.                                                                        2:25-CV-223-Z

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

    Defendants.

## ORDER

Before the Court is the Unopposed Motion for Leave to File an Amicus Brief ("Motion"), filed December 30, 2025. ECF No. 36. Local Rule 7.2(b) mandates that an amicus brief may not be filed without leave of the presiding judge. An amicus brief must "specifically set forth the interest of the amicus curiae in the outcome of the litigation." Local Rule 7.2(b).

Proposed Amici the City of Baltimore, Maryland; the City of Columbus, Ohio; and Harris County, Texas seek to file their Brief of Amici Curiae in support of Defendants' Motion for Summary Judgment (ECF No. 28). ECF No. 36 at 1. Amici contend that their brief "explains the potential dangers that municipalities and local law enforcement agencies would face should this Court invalidate the National Firearms Act as unconstitutional," and other "additional arguments." *Id.* Further, Amici contend that as municipalities, they have an interest in "ensuring that the firearms regulated by the National Firearms Act are not misused for criminal purposes" and that the continued existence and maintenance of the National Firearms Registration and Transfer Record database is "an important tool for ensuring [local law enforcement] officer safety." *Id.* at 2, 3. Finally, Amici contend that their brief addresses important constitutional issues not

fully discussed by the parties, including "the inapplicability of *Texas v. United States*, 945 F.3d 355 (5th Cir. 2019), *rev'd sub nom. California v. Texas*, 593 U.S. 659 (2021), the application of severability principles, and the history and tradition supporting the NFA's regulation of firearms." *Id.* at 3 (citations omitted).

This Motion is unopposed. *Id.* at 1. The Court finds that the proposed amicus brief "is timely and useful or otherwise necessary to the administration of justice." *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (internal quotation omitted).

The Motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to file the proposed amicus curiae brief, currently docketed at ECF No. 36-1, as a separately filed amicus brief.

**SO ORDERED.**

January __, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE