IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOHN JENSEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | 2:25-CV-223-Z |

**ORDER**

Before the Court is an unopposed Motion for Leave to File Amici Curiae Brief ("Motion"), filed December 22, 2025. ECF No. 31. Local Rule 7.2(b) mandates that an amicus brief may not be filed without leave of the presiding judge. An amicus brief must "specifically set forth the interest of the amicus curiae in the outcome of the litigation." Local Rule 7.2(b).

Proposed Amici Brady Center to Prevent Gun Violence, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), and Giffords Law Center to Prevent Gun Violence seek to file their Brief of Amici Curiae in support of Defendants' Motion for Summary Judgment (ECF No. 28) and in opposition to Plaintiff's Motion for Summary Judgment (ECF No. 17). ECF No. 31 at 1. Amici contend that their brief "contains relevant material that may aid the Court in resolving the issues raised by the parties' motions." *Id.* Amici further contend that their brief will "give the Court the benefit of their experience and expertise, and . . . provide information not brought to the Court's attention by the parties." *Id.* at 2.

This Motion is unopposed. *Id.* at 1. The Court finds that the proposed amicus brief "is timely and useful or otherwise necessary to the administration of justice." *United States*

*ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (internal quotation omitted).

The Motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to file the proposed amicus curiae brief, currently docketed at ECF No. 31-1, as a separately filed amicus brief.

**SO ORDERED.**

January ___, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE